# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### EASTERN DIVISION

| | |
|---|---|
| MARIE HOCKADAY FAULCON,<br>   Plaintiff,<br><br>v.<br><br><br>CAROLYN W. COLVIN,<br>*Acting Commissioner of Social Security*,<br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **JUDGMENT**<br>  **CASE NO. 4:12-CV-43-D** |

Decision by the Court:

  **IT IS ORDERED AND ADJUDGED** that the Court GRANTS the Commissioner's Motion for Judgment on the Pleadings [D.E. 28], DENIES Plaintiff's Motion for Judgment on the Pleadings [D.E. 26], and AFFIRMS the Commissioner's decision.  The Clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **MAY 3, 2013,** WITH A COPY TO:

Roberta L. Edwards (via CM/ECF electronic notification)
Christian M. Vainieri (via CM/ECF electronic notification)

| | JULIE A. RICHARDS, Clerk |
|---|---|
| <u>May 3, 2013</u><br>Date | Eastern District of North Carolina |
| | <u>/s/Debby Sawyer</u><br>(By) Deputy Clerk |
| Raleigh, North Carolina | |